IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | 8:00CR68 |
| ) | |
| vs. ) | ORDER FOR DISMISSAL |
| ) | |
| ADAM COLIN, ) | |
| ) | |
| Defendant. ) | |

Pursuant to Motion of the United States (Filing No. 31), pursuant to Federal Rule of Criminal Procedure 48(a), leave of court is granted for the filing of the dismissal of the Indictment against Adam Colin.

IT IS ORDERED that the Motion to Dismiss the Indictment (Filing No. 31) is granted.

Dated this 4th day of February, 2009.

BY THE COURT:

s/ Joseph F. Bataillon
JOSEPH F. BATAILLON
United States District Judge